IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COULTER VENTURES, LLC, | Case No. 3:22-cv-01005-BAS-BGS |
| Plaintiff, | **ORDER STAYING ACTION PENDING RESOLUTION OF BANKRUPTCY PROCEEDINGS (ECF NO. 32)** |
| v. | |
| TRU GRIT FITNESS LLC, | |
| Defendant. | |

Presently before the Court is Defendant's Notification of Bankruptcy. (ECF No. 32.) Defendant Tru Grit Fitness, LLC is subject to a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the District of Nevada in the bankruptcy of *In re: Tru Grit Fitness LLC* (Case No. BK-22-14320-ABL). (*Id.*) Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition automatically stays a judicial action against the debtor. *See Gruntz v. Cnty. of Los Angeles*, 202 F.3d 1074, 1081–82 (9th Cir. 2000) (en banc). Good cause appearing, the Court **STAYS** this action in its entirety. The Court **ORDERS** Defendant to file notice in this matter every six (6) months informing

-2-

the Court of the status of the bankruptcy proceedings.

**IT IS SO ORDERED.**

DATED: March 2, 2023

Hon. Cynthia Bashant
United States District Judge